

FILED
07 MAR 16 AM 11:09
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Johnny T. Vasquez,**<br><br>Plaintiff,<br><br>V.<br><br>**Van Ru Credit Corporation,**<br><br>Defendant. | CASE NO.: 07 CV0042BEN(BLM)<br><br>[PROPOSED] ORDER ACKNOWLEDGING NOTICE OF SETTLEMENT<br><br>JUDGE: ROGER T. BENITEZ |

The Court has been advised by counsel that this action has been settled and it is not necessary for the action to remain on the calendar of the Court. All pending court dates are hereby VACATED.

IT IS ORDERED that the Court retains complete jurisdiction for 60 days for entry of dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: 3/14/07

HON. ROGER T. BENITEZ
U.S. District Judge

1  *Re: Johnny T. Vasquez v. Van Ru Credit Corporation,*
   Case No.: 07 CV0042BEN(BLM)
2

3                              **PROOF OF SERVICE**

4  I, David McGlothlin, declare as follows:

5  I am over the age of eighteen years and not a party to the case. I am employed in the County of San Diego, California where the mailing occurs: My business address is 110 West "C" Street, Suite 900, San Diego, California 92101. I am readily familiar with our business' practice of collecting, processing and mailing of
6  correspondence and pleadings for mail with the United Postal Service.

7  On March 9, 2007, I served the foregoing document(s) described as

8
   **NOTICE OF SETTLEMENT AND [PROPOSED] ORDER
9  ACKNOWLEDGING NOTICE OF SETTLEMENT**

10
   On the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope
11 addressed as follows:

12          Larissa Nefulda
            Carlson Messer LLP
13          5959 W. Century Blvd, Suite 1214
            Los Angeles, CA 90030
14

15      ☒   BY MAIL, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each addressee respectively, and then sealed each envelope and, with the postage thereon fully prepaid, deposited each in the United States mail at San Diego,
16          California in accordance with our business' practice.

17      ☐   BY PERSONAL SERVICE, by placing a copy thereof in a separate envelope for each addressee named above, addressed to each such addressee respectively, and caused such envelope to be
18          delivered by hand to the offices of addressee.

19      ☐   BY FACSIMILE, this document was transmitted by facsimile transmission from
            (619) 330-4657 and transmission was reported as complete and without error. A copy of the
20          transmission report is attached to this affidavit.

21      ☐   BY OVERNIGHT MAIL, this document was copied, and placed in an overnight envelope for
            each addressee named above, with proper fees paid for delivery and deposited in the
22          overnight box for DHL

23 I declare under penalty of perjury under the laws of the State of California that the foregoing is true and
   correct. Executed on MARCH 9, 2007, at San Diego, California.
24

25
                                                          David McGlothlin
26

27

28