UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY T. VASQUEZ, | Case No. 07cv0042-BEN (BLM) |
| Plaintiff, | **ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |
| v. | |
| VAN RU CREDIT CORPORATION, | |
| Defendant. | |

Plaintiff recently filed a Notice of Settlement confirming that this case has settled. Doc. No. 5. By order dated March 14, 2007, the district judge acknowledged the notice and vacated all pending dates in this case. Doc. No. 6.

In light of the foregoing, a joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **April 23, 2007**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's chambers[1] on the same

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").

07cv0042-BEN (BLM)

day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **April 23, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **April 26, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

DATED: March 19, 2007

*/s/ Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL