UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY T. VASQUEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VAN RU CREDIT CORPORATION,<br><br>　　　　　Defendant. | Case No. 07cv0042-BEN (BLM)<br><br>**ORDER CONTINUING SETTLEMENT DISPOSITION CONFERENCE** |

　　Counsel for Plaintiff recently requested a continuance of the Settlement Disposition Conference. Counsel represented that the parties do not dispute the terms of the settlement, but require additional time to fulfill the terms set forth in the agreement before seeking a dismissal.

　　Good cause appearing, the Settlement Disposition Conference set for <u>April 26, 2007</u> is hereby continued to **May 17, 2007** at **9:00 a.m.** A joint motion for dismissal of this case, signed by counsel of record and all parties, must be filed no later than **May 14, 2007**. A proposed order on the joint motion for dismissal must be e-mailed to the district judge's

///

///

chambers[1] on the same day.  If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Major.

If the fully executed joint motion for dismissal is not filed by **May 14, 2007**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **May 17, 2007** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED.**

DATED:  April 25, 2007

_____
BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL

---

[1] The proposed order shall be e-mailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov (follow link for "General Order 550, Procedural Rules for Electronic Case Filing").