UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY T. VASQUEZ, | Case No. 07cv0042-BEN (BLM) |
| Plaintiff, | **ORDER VACATING SETTLEMENT DISPOSITION CONFERENCE** |
| v. | |
| VAN RU CREDIT CORPORATION, | |
| Defendant. | |

A Joint Motion for Dismissal has been submitted in this case. The settlement disposition conference scheduled for <u>May 17, 2007</u> at <u>9:00 a.m.</u> is hereby vacated.

**IT IS SO ORDERED.**

DATED: May 4, 2007

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL